11-CV-01202-APPL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLON RAMOS, | ) |
| | ) CASE NO. C11-1202-TSZ |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| ICE FIELD OFFICE DIRECTOR, | ) |
| | ) |
| Respondent. | ) |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus (Dkt. 7), Respondent's Motion to Dismiss (Dkt. 13) and the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;
2. Respondent's motion to dismiss (Dkt. 13) is GRANTED, and this matter is DISMISSED with prejudice; and
3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 29th day of Sept, 2011.

THOMAS S. ZILLY
United States District Judge

ORDER OF DISMISSAL
PAGE -1